Entered on Docket
April 01, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed April 1, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Del Mar Commerce Co.,

           Debtor.

No. 91-47979

Chapter 11

**MEMORANDUM AFTER HEARING**

On March 16, 2016, the Court held a hearing on the *Motion for Order Confirming Powers and Authority of Liquidating Trustee* (doc. 293) (the "Motion") filed by Frank Satterwhite Liquidating Trustee (the "Liquidating Trustee") of Debtor. The Motion requests confirmation of the Liquidating Trustee's power and authority to administer the property of the Liquidating Trust pursuant to the confirmed Plan in this case. Appearances are noted on the record.

Based on the Court's review of the docket, the arguments of counsel, and pursuant to the *Order Confirming Creditor's Plan of Reorganization* entered on November 10, 1993 and the *Final Decree* entered on March 12, 1998 which indicates that the case could be reopened pursuant to numbered paragraph 7, the case having been reopened on January 19, 2016, and

FOR GOOD CAUSE APPEARING, THE COURT HEREBY confirms that the Liquidating Trustee has the power and authority to administer the property of the Liquidating Trust.

The Liquidating Trustee's power and authority to administer the property includes, without limitation, Debtor's undivided 50% interest in certain parcels of real property located in the City of Richmond, County of Contra Costa, State of California, among which are five (5) parcels identified as Assessor's Parcel Numbers 558-192-007-0, 558-193-001-2, 558-193-004-6, 558-193-006-1, and 558-193-008-7. The Liquidating Trustee has such power and authority until all of such property is sold, distributed, returned to Debtor, or otherwise utilized pursuant to the provisions of the confirmed Plan in this case.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**